# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| MYN | 9468246 | ZWECK | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/26/2024 11:55 | MTA 21-801.1 |

**Place of Offense:** Amber Drive Fort Detrick MD 21702

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
MTA 21-801.1
Exceed max speed 58mph in a 25mph zone

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| STAMAS | Patrick | J |

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 6FH9366 | MD | 22 | Ford UT | | Org |

☐ **A** APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

☒ **B** APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 1520 Freedman Dr Fort Detrick MD 21702 | TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9468246*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **November 26, 2024** while exercising my duties as a law enforcement officer in the **Fort Detrick** District of **Maryland**

ON 20241126 at 1155 HRS I observed a orange Ford Bearing MD REG 6FH9366 Traveling E/B on Amber Drive at a high rate of speed. My visual observation was confirmed by RADAR with an Audio/Digital Display of 58mph in a clearly posted 25mph zone. I activated my Emergency Equipment and conducted a traffic stop. I identified the operator Stamas by their Driver's license.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/26/2024**   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
  Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident